Vincent W. Davis, Esq. (SBN 125399)
Law Offices of Vincent W. Davis & Associates
440 E. Huntington Drive Suite 100
Arcadia, CA 91006
Phone: 626.446.6442
Facsimile: 626.446.6454
v.davis@vincentwdavis.com

**Attorney for Plaintiff, B.S.K through Guardian Ad Litem, Ryan Wesley**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION- LOS ANGELES)

| | |
|---|---|
| B.S.K, through Guardian Ad Litem Ryan Wesley<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, AFSOUM ZARRAABIAN, NENITA BULANDUS, TAMEKA DAIRE, NICOLE LAVIN, CATHERINE VUKSANPVIC, PRESTION OPPENHEIMER, DONNA BUCHKLEY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. **2:23-CV-09444-MCS-AS**<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>COMPLAINT FILED: 11/08/2023<br>REMOVAL: JANUARY 24, 2024 |

**TO THE HONORABLE MARK C. SCARSI, UNITED STATES DISTRICT JUDGE, AND TO DEFENDANT COUNTY OF LOS ANGELES AND THEIR ATTORNEYS OF RECORD:**

In response to this Court's Order directing plaintiff to file an application for appointment of guardian ad litem and sealing docket. Documents filed under docket no. 18, and pursuant to Local Rule 79-5, Attorney for Plaintiff respectfully request for leave of court for the following documents to be filed under seal:

Application for Appointment of a Guardian Ad Litem

The purpose of this Application is to protect the confidentiality of records and information related to the minor and the underlying dependency investigation and

---

1
APPLICATION TO FILE UNDER SEAL

proceedings, which are confidential under California Welfare and Institutions Code sections 827 and 828, and California Rule of Court 5.552.

In compliance with the Minute Order, we submit this application to leave court to file under seal.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 440 E. Huntington Drive, Ste. 100, Arcadia, California 91106.

On December 29, 2023, I electronically filed the document(s) entitled

**Plaintiff's Application to file Documents Under Seal**

with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by this court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on February 5, 2024 at Arcadia, California.

*Sonya D. Sanders*
Paralegal, Vincent W. Davis