Vincent W. Davis, Esq. (SBN 125399)
Law Offices of Vincent W. Davis & Associates
440 E. Huntington Drive Suite 100
Arcadia, CA 91006
Phone: 626.446.6442
Facsimile: 626.446.6454
Attorney for Plaintiff, B.S.K through his Guardian Ad Litem

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION- LOS ANGELES)

| | |
|---|---|
| B.S.K, through Guardian Ad Litem Ryan Wesley<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, AFSOUM ZARRAABIAN, NENITA BULANDUS, TAMEKA DAIRE, NICOLE LAVIN, CATHERINE VUKSANPVIC, PRESTION OPPENHEIMER, DONNA BUCHKLEY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. **2:23-CV-09444-MCS-AS**<br><br>**PROPOSED ORDER GRANTING LEAVE TO FILE UNDER SEAL** |

Plaintiff filed an application for leave as required by court order Docket No. 18

As set forth in plaintiff's application, the following documents were lodged with the Court pursuant to Local Rule 79-5.2.2 (The Proposed Sealed Materials):

Application for Appointment of Guardian Ad Litem

1

[PROPOSED] ORDER

It IS HEREBY ORDERED that plaintiff is granted leave to file the Proposed Sealed Materials under seal.

   IT IS SO ORDERED.

Dated: _____ 2024        _____
                 Hon. Mark C. Scarsi

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 440 E. Huntington Drive, Ste. 100, Arcadia, California 91106. On January 5, 2023 I electronically filed the document(s) entitled Plaintiff's Application to file Documents Under Seal with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by this court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction.

Executed on February 5, 2024, at Arcadia, California.

_____