**Law Offices of Vincent W. Davis & Associates**
**Vincent W. Davis, Esq. (SBN 125399)**
**440 E. Huntington Drive, Suite 100**
**Arcadia, California 91006**
**Telephone: (626) 446-6442**
**Facsimile: (626) 446-6454**
Email: v.davis@vincentwdavis.com

Attorneys for: Plaintiff B.S.K through Guardian Ad Litem Ryan Wesley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION –

# LOS ANGELES

| | |
|---|---|
| B.S.K, a Minor, by and through her Guardian ad Litem, Ryan Wesley, <br><br>**PLAINTIFF,**<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, AFSOUM ZARRAABIAN, NENITA BULANDUS, TAMEKA DAIRE, NICOLE LAVIN, CATHERINE VUKSANPVIC, PRESTION OPPENHEIMER, DONNA BUCHKLEY; and DOES 1-20, inclusive,<br><br>**DEFENDANTS,** | Case No.: **2:23-cv-09444-MCS-AS**<br><br>**APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM UNDER SEAL** |

FATHER OF PLAINTIFF STATES THE FOLLOWS:

1. I, Ryan Wesley, am the biological father of Minor Plaintiff, B.S.K

-1-

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

2. Plaintiff, B.S.K was born February 2, 2018. Plaintiff, B.S.K was immediately removed from the care and custody of his biological mother, Kristal Koch and put in the custody of Department of Children and Family Services (DCFS). The removal resulted from the presence of drugs in her system and drug withdrawal symptoms observed with the Minor B.S.K.

3. The name of the minor Plaintiff in this action has been abbreviated to the initials of his first and last names in order to protect the privacy and identity of the minor Plaintiff. If any party to this action desires the full and complete names of the minor Plaintiff, said party should contact the attorney of record for that information.

4. The mother, Kristal Koch did not inform the petitioning party that she was pregnant with their child at any point during the pregnancy. Two months after the birth of B.S.K, Petitioning Party received a letter from DCFS informing him of his status as a potential father of B.K.S.

5. Petitioning Party immediately initiated custody proceedings for B.S.K. In 2020, Consequently, a juvenile dependency case found that Petitioning Party was the best caregiver for Plaintiff, B.S.K. In 2020, Petitioning Party was granted full physical and legal custody of B.S.K. Since being awarded full custody, Petitioning Party has provided for B.S.K.'s daily needs.

6. While in foster care B.S.K sustained permanent physical injury that caused disabilities to this day.

7. Petitioning Party request this court to appoint, Ryan Wesley, as Guardian ad Litem for the minor Plaintiff B.S.K.

//
//
//

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Doc ID: 384b27aa4e48636db95afbb57ea064e3339034b3

WHEREFORE, I move the Court for an order appointing RYAN WESLEY as Guardian Ad Litem for the minor Plaintiff B.S.K. for the purpose of bringing action against the aforementioned Defendants in the above action. My current address is 31932 Cinnabar, Castaic, CA 91384.

Dated: 02 / 05 / 2024                              _____

                                                                Ryan Wesley,

Dated: February 5, 2024          */s/ Vincent W. Davis*____
                                                 Vincent W. Davis, Esq.
                                                 Attorneys for Plaintiffs

-3-
**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Doc ID: 384b27aa4e48636db95afbb57ea064e3339034b3

   Audit trail

| | |
|---|---|
| Title | Application for Appointment of Guardian Ad Litem - Ryan... |
| File name | Application for G...Litem B.S.K..docx |
| Document ID | 384b27aa4e48636db95afbb57ea064e3339034b3 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**
**02 / 05 / 2024**
18:23:43 UTC-8
Sent for signature to Ryan Wesley (byrn1423@gmail.com) from j.kolikias@vincentwdavis.com
IP: 98.153.126.34

**VIEWED**
**02 / 05 / 2024**
18:41:32 UTC-8
Viewed by Ryan Wesley (byrn1423@gmail.com)
IP: 172.56.120.20

**SIGNED**
**02 / 05 / 2024**
18:41:58 UTC-8
Signed by Ryan Wesley (byrn1423@gmail.com)
IP: 172.56.120.20

**COMPLETED**
**02 / 05 / 2024**
18:41:58 UTC-8
The document has been completed.

Powered by Dropbox Sign