UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-09444-MCS (AS) | Date | March 18, 2024 |
|---|---|---|---|
| Title | B.S.K. v. County of Los Angeles et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem (Dkt. No. 33)

    Plaintiff is ordered to show cause in writing, no later than April 1, 2024, why Ryan Wesley should not be appointed as guardian ad litem for B.S.K., a minor child, in light of Ryan Wesley's failure to submit a declaration stating that his appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses this deficiency or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

    IT IS SO ORDERED.

cc: Mark C. Scarsi
      U.S. District Judge