FILED

Name: Ryan Wesley

Address: 31932 Cinnabar Ln

Castaic CA

Phone: 661 468-0504

Fax:

In Pro Per

2026 MAR -6  PM 3: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

B. S. K. an Individual
Ryan Wesley G.A.L.

Plaintiff

v.

County of Los Angeles
Department of Children
and Family Services Defendant(s).

CASE NUMBER: av Grent

2:23-CV-09444

Los Angeles Superior Court
Case No.: 23STCV10779
Request for Extension of time of
60 days & appointment of council
( Enter document title in the space provided above )

I Ryan Wesley, As father of Benjamin Stephen Keck I am requesting for an extension of time due to me not being able to obtain new council, I have exhausted all resources & am requesting 60 days to try & find a out of state lawyer to represent my son in this matter. Due to the complex nature of the case I humbly ask the honorable Judge Mark Scarsi to appoint council in the best interest of my son & to grant the extension of 60 days incase my request is denied to obtain new council. Sincerely Ryan Wesley G.A.L

Page Number

CV-127 (09/09)       PLEADING PAGE FOR A SUBSEQUENT DOCUMENT