UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:23-cv-09444-MCS-AS** | Date | March 10, 2026 |
|---|---|---|---|

Title **B.S.K. v. County of Los Angeles**

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: REQUEST FOR EXTENSION OF TIME AND APPOINTMENT OF COUNSEL (ECF NO. 69)**

After the Court granted Plaintiff B.S.K.'s counsel's request to withdraw, the Court gave Plaintiff's guardian ad litem, Ryan Wesley, 90 days to retain replacement counsel. (Order, ECF No. 64.) Mr. Wesley now asks the Court for an additional 60 days to obtain new counsel. (Mot., ECF No. 69.) Because it appears that Mr. Wesley has been diligent in his efforts to obtain replacement counsel, the Court finds good cause to grant the request. Mr. Wesley shall have 60 days from the entry of this Order to obtain replacement counsel. No further extensions will be granted absent an extraordinary showing of good cause.

Mr. Wesley also requests—once again—that the Court appoint counsel to represent Plaintiff. (*Id.*) As the Court has previously explained, there is no constitutional right to appointed counsel in civil cases such as this one. *United States v. Sardone*, 94 F.3d 1233, 1236 (9th Cir. 1996). Notwithstanding, a court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1); *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). There is nothing in the record establishing that Plaintiff is an indigent litigant within

the meaning of the in forma pauperis statute. Mr. Wesley's request that the Court appoint counsel to represent Plaintiff is denied.

The Court directs the Clerk to serve a copy of this Order by mail and email to Mr. Wesley:

Ryan Wesley
31932 Cinnabar Lane
Castaic, CA 91384
byrn1423@gmail.com

**IT IS SO ORDERED.**